IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYAN KOOM

v.   :   NO. 11-4412

NCO FINANCIAL SYSTEMS, INC.

:

**FILED**

SEP 1 2 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JUDGMENT

BEFORE JOYNER, CH.J.

    AND NOW, to wit, this 12th day of September, 2011, it is ORDERED that in accordance with NCO Financial Systems, Inc.'s offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
    It is ORDERED that judgment is entered in favor of plaintiff and against NCO Financial Systems, Inc. in the amount of $750.00 together with interest and costs.

BY THE COURT:

ATTEST:
*Mary Chase*
Mary Chase
Deputy Clerk

judg