**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RYAN KOOM,

      Plaintiff,

v.                                                               **Case No.: 2:11-cv-4412-JCJ**

NCO FINANCIAL SYSTEMS, INC.

      Defendant.

**SATISFACTION OF JUDGMENT**

Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: November 8, 2011                    /S/ Craig Thor Kimmel
                                                                Craig Thor Kimmel
                                                                Attorney ID: 57100
                                                                Kimmel & Silverman, P.C.
                                                                30 E. Butler Pike
                                                                Ambler, PA 19002
                                                                Phone: (215) 540-8888
                                                                Fax: (215) 540-8817
                                                                Email: kimmel@creditlaw.com